Electronically Filed
Supreme Court
SCWC-17-0000695
29-JUL-2020
02:50 PM

SCWC-17-0000695

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDELMIRA SALAYES ARAIZA,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000695; CR. NO. 14-1-0162; S.P.P. NO. 15-1-0007)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Browning, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ of Certiorari, filed on June 24, 2020, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, July 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ R. Mark Browning

